|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 03, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

JASMINE DUARTE,

　　　　Defendant.

Case No. 2:21-mj-0023-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  JASMINE DUARTE ,

Case No.  2:21-mj-0023-CKD   Charge 18 USC § 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) , from custody for the following reasons:

　　　X　Release on Personal Recognizance

　　　___　Bail Posted in the Sum of $ ___

　　　　　___ Unsecured Appearance Bond $ ___

　　　　　___ Appearance Bond with 10% Deposit

　　　　　___ Appearance Bond with Surety

　　　　　___ Corporate Surety Bail Bond

　　　　　___ (Other): Under PTS supervision and must appear

　　　X　before this Court, via Zoom, on 2/5/21 @ 2 PM for a

　　　　　Detention Hearing.

Issued at Sacramento, California on February 03, 2021 at _3:16 pm_____.

　　　　　　　　　　　By:　/s/ Carolyn K. Delaney

　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney